UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JODY LYNN FERGUSON, as Personal
Representative of the ESTATE OF MARK
ERWIN FERGUSON,

     Plaintiff,                    Case No. 1:16-cv-1099

v                                  HON. PAUL L. MALONEY

MUSKEGON COUNTY, et al.,

     Defendants.

---

| | |
|---|---|
| Nicholas B. Roumel (P37056) | Allan C. Vander Laan (P33893) |
| Joseph X. Michaels (P79084) | Curt A. Benson (P38891) |
| NACHT & ROUMEL, P.C. | Cummings, McClorey, Davis & Acho |
| 101 N. Main Street-Suite 555 | Attorneys for Defendants |
| Ann Arbor MI  48104 | 2851 Charlevoix Dr., S.E. - Suite 327 |
| 734-663-7550 | Grand Rapids MI  49546 |
| nroumel@nachtlaw.com | 616-975-7470 |
| jmichaels@nachtlaw.com | avanderlaan@cmda-law.com |
| | cbenson@cmda-law.com |

---

**DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION TO COMPEL**

Defendants, by their attorneys Cummings McClorey, Davis & Acho, P.L.C.,
respond to the Plaintiff's Motion to Compel as follows:

The Defendants have complied with the Federal Court Rules regarding discovery.

This response is supported by an accompanying brief.

Respectfully submitted,

CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.

/s/ Curt A. Benson_____
Allan C. Vander Laan (P33893)
Curt A. Benson (P38891)
Attorneys for Defendants
Cummings, McClorey, Davis & Acho. P.L.C.
2851 Charlevoix Drive, SE, Ste. 327
Grand Rapids, MI 49546
616/975-7470

Dated: July 21, 2017