UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JODY LYNN FERGUSON, as Personal Representative of the ESTATE OF MARK ERWIN FERGUSON,

    Plaintiff,

v

MUSKEGON COUNTY, et al.,

    Defendants.

Case No. 1:16-cv-1099

HON. PAUL L. MALONEY

| Nicholas B. Roumel (P37056) | Allan C. Vander Laan (P33893) |
|---|---|
| Joseph X. Michaels (P79084) | Curt A. Benson (P38891) |
| NACHT & ROUMEL, P.C. | Cummings, McClorey, Davis & Acho |
| 101 N. Main Street-Suite 555 | Attorneys for Defendants |
| Ann Arbor MI 48104 | 2851 Charlevoix Dr., S.E. - Suite 327 |
| 734-663-7550 | Grand Rapids MI 49546 |
| nroumel@nachtlaw.com | 616-975-7470 |
| jmichaels@nachtlaw.com | avanderlaan@cmda-law.com |
| | cbenson@cmda-law.com |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through their respective counsel, stipulate and agree to dismissal of Defendants from this action with prejudice and without costs, interest or attorney fees to any of the parties.

Dated: October 25, 2017

    /s/ Nicholas B. Roumel with permission
    Nicholas B. Roumel (P37056)
    Attorney for Plaintiff

    /s/ Allan C. Vander Laan
    Allan C. Vander Laan (P33893)
    Attorney for Defendant

00554839-1

## ORDER OF DISMISSAL

At a session of said Court held on the 25th day of October, 2017.

PRESENT:   THE HONORABLE PAUL L. MALONEY
United States District Court Judge

Upon reading and filing of this stipulation, and the Court being fully advised in the premises:

IT IS ORDERED that Plaintiff's actions against Defendants are dismissed with prejudice and without costs, interest or attorney fees to either party.

This is a final Order and closes the case.

/s/ Paul L. Maloney
PAUL L. MALONEY
United States District Court Judge