UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JODY LYNN FERGUSON,

      Plaintiff,                         Case No. 1:16-cv-01099-PLM-PJG

v.

MUSKEGON, COUNTY OF, et al.,

      Defendants.
_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Curt A. Benson

RE:  Stipulation and Order (Proposed–one document) – #42

REASON FOR NOTICE:  The document appears to have been electronically filed in the incorrect case.

RECOMMENDED ACTION:  Electronically file the document in the correct case. The Clerk's Office will make edits to the entry in the incorrect case so that it will be disregarded.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290-2742 or (616) 456-2206.

                                            CLERK OF COURT

Dated:  October 26, 2017        By:   /s/ M. Garcia
                                                Deputy Clerk